IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANTONIO LEON MOSES, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-117 |
| v. | |
| WARDEN BRIAN ADAMS, | |
| Defendant. | |

## O R D E R

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated December 21, 2020. Doc. 7. The Magistrate Judge identified Plaintiff as a "three-striker" and, as such, he cannot proceed *in forma pauperis* unless he meets the "imminent danger of serious physical injury" exception of 28 U.S.C. § 1915(g). Id. at 3. The Magistrate Judge then analyzed Plaintiff's Complaint and determined his allegations were insufficient to meet the imminent danger exception, as Plaintiff's allegations were vague, conclusory, and potentially fanciful or delusional. Id. at 4–5. Thus, the Magistrate Judge recommend the Court dismiss Plaintiff's Complaint without prejudice and deny Plaintiff leave to proceed *in forma pauperis*. Id. at 7.

In his Objections, Plaintiff does not dispute he is a three-striker. However, he appears to argue the allegations in his Complaint meet the imminent danger exception. Doc. 10 at 1. Plaintiff's Objections are limited to reiterating the allegations in his Complaint and provide the Court with no new facts or arguments. Id. While Plaintiff again states he does in fact fear for his

life, these conclusory and vague statements, as the Magistrate Judge explained, are not enough to meet the imminent danger exception. Thus, Plaintiff's Objections are without merit.

After an independent and de novo review of the entire record, the Court **OVERRULES** Plaintiff's Objections. Doc. 10. The Court **CONCURS** with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. I **DENY as moot** Plaintiff's Motion to Appoint Counsel. Doc. 8.

**SO ORDERED**, this 11th day of January, 2021.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2