AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO LEON MOSES,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 620-117

WARDEN BRIAN ADAMS,

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 11, 2021, the Court CONCURS with the Magistrate Judge's Report and Recommendation and said report is ADOPTED as the Court's opinion; therefore, Plaintiff's Complaint is DISMISSED without prejudice. Additionally, Plaintiff's Motion to Appoint Counsel is DENIED and Plaintiff is DENIED leave to proceed in forma pauperis on appeal. This case stands CLOSED.

01/11/2021
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/2020